

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '22 MJ1290 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Isaac BRAVO-Juarez, | Title 8 U.S.C. Section 1324(a)(2)(B)(iii)- Bringing in Unlawful Alien Without Presentation |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about April 8, 2022, within the Southern District of California, Defendant, Isaac BRAVO-Juarez, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Trinidad PEREZ-Perez and Maria Janeth PINA-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana Rosas-Carranza, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. on April 11, 2022.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

AMENDED PROBABLE CAUSE STATEMNT

The complainant states that Trinidad PEREZ-Perez and Maria Janeth PINA-Ramirez, are citizens of a country other than the United States; that said aliens are found to be deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are smuggled aliens in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 8, 2022, at approximately 2:34 P.M. Isaac BRAVO-Juarez (Defendant) a United States Citizen, made application for admission into the United States from Mexico via the vehicle primary lanes at the Otay Mesa, California Port of Entry, driving a 2011 Acura TSX bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) officer, Defendant presented his California driver license as proof of identity. The CBP officer elected to conduct a cursory inspection on the vehicle. The CBP Officer asked Defendant to unlock the trunk and discovered two individuals concealed in the trunk area of the vehicle. The CBP Officer requested for assistance, Defendant was placed in hand restraints, escorted to security office, and vehicle was driven by another CBP Officer to vehicle secondary for further inspection.

In vehicle secondary lot, an assigned CBP Officer opened the trunk of the vehicle and discovered two female individuals displaying signs of heat exhaustion. The CBP Officer requested for medical assistance. The EMT-CBP Officer responded began rapid medical intervention. The female individuals were found to be a citizens of Mexico without any documents that would permit them to enter or remain in the United States. The first female individual was identified as Trinidad PEREZ-Perez (Material Witness 1) and second female individual was identified as Maria Janeth PINA-Ramirez (Material Witness 2) and are being held as a Material Witnesses.

At approximately 6:11 P.M., Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted he agreed to smuggle United States currency utilizing his vehicle in exchange for $1,500.00 US Dollars. Defendant admitted he is the registered owner of the vehicle. Defendant admitted while he was waiting in the line at the border, he heard thumping noises in the rear of his vehicle, so he turned the radio up. Defendant admitted he was driving the vehicle to San Diego, California.

1

Material Witness 1, while hospitalized, was contacted via telephone in coordination with a CBP Officer, phone was placed on speaker and contact was made with Material Witness 1 who stated she was a citizen of Mexico with no documents to enter the United States legally.

During a video-recorded interview, Material Witness 2 admitted to being a citizen of Mexico with no legal documents to enter, pass through or reside in the United States. Material Witness 2 stated she made the arrangements to be smuggled into the United States for a smuggling fee of $16,000.00. Material Witness 2 stated she was going to Los Angeles, California with a final destination of Washington where she will live and seek employment.